FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 23 2026

KEVIN P. WEIMER , Clerk

By: M. Gonzalez
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

INIQUE HINTON

**CRIMINAL COMPLAINT**

Case Number: 1:26-mj-1127

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief. On or about October 20, 2026 in Fulton County, in the Northern District of Georgia, defendant did, engage in the attempted Destruction of Federal Property by Fire or Explosive and engaged in the Depredation of Government Property,

in violation of Title 18, United States Code, Sections 844(f)(1) and 1361.

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof. Yes

Isaac Carr

Signature of Complainant
Isaac Carr

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

October 23, 2026
Date

at Atlanta, Georgia
City and State

LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Dash A. Cooper /
Dashene.Cooper@usdoj.gov

Lawrence R Sommerfeld
Signature of Judicial Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Oct 23 2026

KEVIN P. WEIMER, Clerk

By: M. Gonzalez
Deputy Clerk

**Affidavit in Support of Application for Criminal Complaint**

I, Isaac Carr, depose and say under penalty of perjury:

**Introduction and Agent Background**

1. I am a Special Agent with the Federal Bureau of Investigation hereafter FBI and have been since September 2020. I am assigned to the FBI office in Atlanta, Georgia where I work on the Domestic Terrorism (DT) Squad. I received extensive training in federal criminal matters and investigative techniques while attending the New Agent Training at Quantico, Virginia and continue to receive training related to domestic terrorism matters through the FBI and our local partners.

2. I am currently part of the Joint Terrorism Task Force (JTTF), and I am responsible for the investigation of domestic terrorism activities. I have investigated federal criminal violations which are intended to intimidate or coerce a civilian population, influence the policy of a government by intimidation or coercion, or affect the conduct of a government by mass destruction, assassination, or kidnapping. Through my training and experience, I have become knowledgeable in the tactics and techniques used by domestic and foreign terrorists and others who perpetrate or threaten acts of violence, including the means by which such individuals communicate and plan operations. As part of these investigations and others, I have participated in physical surveillance, worked with confidential human sources, conducted interviews, served subpoenas, and executed search, seizure, and arrest warrants. Moreover, I am a federal law enforcement officer who is engaged in enforcing

the criminal laws, and I am authorized by the Attorney General to request a search warrant.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. This affidavit is made in support of a criminal complaint and arrest warrant for Inique HINTON (hereinafter HINTON) for violations of Title 18 U.S.C. § § 844(f)(1) (Destruction of Federal Property by Fire or Explosive) and 1361 (Depredation of Government Property).

**Probable Cause**

5. On October 20, 2026, JTTF-DT (Joint Terrorism Task Force Domestic Terrorism) personnel responded to the scene of an attempted arson attack at the Atlanta ICE building, located at 180 Turner Drive, Atlanta, Georgia 30303, which is in the Northern District of Georgia.

6. Security camera footage from outside of the ICE building shows that at approximately 8:12 pm, a subject that appears to be HINTON travelling northbound on

Ted Turner Drive carrying a white, plastic bag near the front of the Atlanta ICE building. He was wearing a black shirt, khaki pants and black shoes.

7. At approximately 8:14 pm, HINTON is seen on the security camera footage lighting an item on fire, which he then threw towards the Atlanta ICE building. The item struck the exterior security fence and engulfed the top portion of the fence in flames. The video then shows HINTON leaving the area of the Atlanta ICE building on foot walking in a southbound direction towards Whitehall Street.

8. Law enforcement recovered remnants of what appears to be a burned cloth located on top of the Atlanta ICE building security fence. Additionally, a plastic bag containing at least one bottle of suspected lighter fluid and a glass bottle was discovered near the sidewalk, close to the burned cloth. A lighter was also found on the sidewalk. Members of the FBI Atlanta Evidence Response Team seized these items and photographed them for further analysis.

9. On October 21, 2026, JTTF-DT personnel reviewed security camera footage at a convenience store, Mr. Sam, located at 215 Forsyth Street SW, Atlanta, Georgia 30340. The store is located approximately 0.1 miles away from the Atlanta ICE building. Agents observed an individual matching HINTON's description purchase an item with a cellphone from the store approximately an hour before HINTON was seen on the ICE building security camera on October 20, 2026, throwing the item at the ICE building. Following the purchase, the store operator contacted its payment processing provider and

obtained Visa card number 4756 XXXX XXXX 7636 as the method of payment HINTON used to make the purchase.

10. TFO Burnham identified the card as being issued by Bank of America and submitted an emergency request for account holder information pursuant to 12 U.S.C. § 3403(b). The account holder was confirmed as HINTON and telephone number of (609) 470-7084 was provided as being associated with HINTON's account.

11. TFO Burnham submitted a Request for Voluntary Emergency Disclosure of Information pursuant to 18 U.S.C. § 2702 to AT&T regarding (609) 470-7084 and learned the subscriber of the account was HINTON with an address listed as 3980 N. Quail Drive, Douglasville, Georgia 30135.

12. TFO Burnham then obtained a copy of HINTON's Georgia driver's license, which also listed an address of 3980 N. Quail Drive, Douglasville, Georgia 30135 with telephone number (609) 470-7084. TFO Burnham reviewed the photo contained on HINTON's license and determined that it strongly resembled the individual observed at the Atlanta ICE building on October 20, 2026.

13. Law enforcement databases revealed a white, 2020 Kia Optima bearing Georgia license plate DHB 7291 (hereinafter the "SUBJECT VEHICLE") registered to HINTON on or about September 15, 2026, with an address listed as 3980 N. Quail Drive, Douglasville, Georgia 30135.

14. License plate reader data showed the SUBJECT VEHICLE's tag being observed near 186 Ted Turner Drive on October 20, 2026, at approximately 7:02 pm. The SUBJECT VEHICLE's tag was again observed near the intersection of Memorial Drive / Whitehall Street and Peachtree Street / Forsyth Street at approximately 8:34 pm. This intersection is approximately 0.3 miles from the Atlanta ICE building.

**Conclusion**

15. Based on the forgoing, there is probable cause to believe that HINTON committed violations of Title 18 U.S.C. § § 844(f)(1) (Destruction of Federal Property by Fire or Explosive) and 1361 (Depredation of Government Property).