# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

INIQUE HINTON

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:26-mj-1127

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest INIQUE HINTON

and bring him or her forthwith before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: Destruction of Federal Property by Fire or Explosive and Depredation of Government Property

in violation of 18, United States Code, Sections 844(f)(1) and 1361.

LAWRENCE R. SOMMERFELD
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Lawrence R Sommerfeld
Signature of Issuing Officer

October 23, 2026 at 12:24 p.m.
Atlanta, Georgia
Date and Location

Bail Fixed at $____________ by____________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

________________________

Date Received:____________ ____________
Name and Title of Arresting Officer

Date of Arrest:____________ ____________
Signature of Arresting Officer

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Oct 23 2026
KEVIN P. WEIMER, Clerk
By: M. Gonzalez
Deputy Clerk